Michelle L. Reynolds, Esq., SBN 288234

THE Legal Advocate

2030 East 4th Street, Building E, Suite 204

Santa Ana, CA 92705

Phone: (714) 474-8097

Fax: (714) 845-9963

Email: MLR@TLegalA.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raffi H. Kajberouni<br><br>        v.<br><br>Bear Valley Community Services District (BVCSD) and Bear Valley Springs Police Department (BVSPD). | **Complaint for a Civil Case**<br><br>Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: X Yes ☐ No |

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

   | | |
   |---|---|
   | Name | _____ |
   | Street Address | _____ |
   | City and County | _____ |
   | State and Zip Code | _____ |
   | Telephone Number | _____ |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Bear Valley Community Services District (BVCSD) |
   | Job or Title (if known) | 28999 South Lower Valley Road |
   | | Tehachapi, Counnty of Kern |
   | Street Address | CA 93561 |
   | City and County | |
   | State and Zip Code | _____ |
   | Telephone Number | _____ |

   Defendant No. 2

   | | |
   |---|---|
   | Name | Bear Valley Springs Police Department (BVSPD) |
   | Job or Title (if known) | 25101 Bear Valley Road |
   | | Tehachapi, County of Kern |
   | Street Address | CA 93561 |
   | City and County | Phone: (661) 821-3239 |
   | State and Zip Code | _____ |
   | Telephone Number | _____ |

Defendant No. 3

    Name     _____

    Job or Title     _____
    (if known)

    Street Address     _____

    City and County     _____

    State and Zip Code     _____

    Telephone Number     _____

Defendant No. 4

    Name     _____

    Job or Title     _____
    (if known)

    Street Address     _____

    City and County     _____

    State and Zip Code     _____

    Telephone Number     _____

**II.**     **Basis for Jurisdiction**

Federal Courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction?  *(check all that apply)*

    ☐ X Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**Fair Labor Standards Act**

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

      b.      If the defendant is a corporation

> The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

**Defendants owe not only Plaintiff, but all aggrieved employees under California's Private Attorney General Act for overtime wages, waiting time penalties, and possibly meal and rest break premiums.**

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Plaintiff Officer Raffi H. Kajberouni worked for Bear Valley Springs Police Department (BVSPD) and co-employer Bear Valley Community Services District (BVCSD), which required him and other officers to don and doff their uniforms and load their patrol vehicle with artillery, but failed to compensate said officers for such work.**

**IV.** **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**At this time actual damages are unknown because Defendants are wrongfully withholding Plaintiff's entire payroll records and personnel file. On information and belief, Plaintiff asserts Defendants' failure to compensate officers for off-the-clock time for donning and doffing uniforms and loading their patrol vehicles is a continuing harm and thus seeks an injunction prohibiting Defendants' unlawful behavior and mandating Defendants pay its police officers for such work.**

**V.** **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

    I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **December 5, 2019**

Signature of Plaintiff's Attorney: By: _/s/ Michelle L. Reynolds_
Michelle L. Reynolds, Esq.
Printed Name of Plaintiff's Attorney: Michelle Reynolds, Esq.