UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFFI H. KAJBEROUNI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEAR VALLEY COMMUNITY SERVICES DISTRICT, a California public entity, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-01703-NONE-JLT<br><br>ORDER GRANTING UNOPPOSED MOTION TO DISMISS<br><br>(Doc. No. 8) |

　　　　Plaintiff Raffi H. Kajberouni filed this action on December 6, 2019 in this court against defendants Bear Valley Community Services District and the Bear Valley Springs Police Department. (Doc. No. 1 ("Complaint").) The Complaint contains one federal claim under the Fair Labor Standards Act and one state law claim under California's Private Attorney General Act. (*Id.* at 4–5.) In support of these claims, plaintiff alleged in a single sentence that he "worked for Bear Valley Springs Police Department (BVSPD) and co-employer Bear Valley Community Services District (BVCSD), which required him and other officers to don and doff their uniforms and load their patrol vehicle with artillery, but failed to compensate said officers for such work." (*Id.* at 5.)

/////

/////

1

On March 3, 2020, defendants moved to dismiss the case under Rule 8(a) of the Federal Rules of Civil Procedure, arguing that the Complaint's allegations "fail[] to meet even the most basic pleading requirements." (Doc. No. 8 at 5.) Plaintiff failed to respond to the motion to dismiss.

The court does not find it necessary to evaluate the pending motion to dismiss in detail because "[a] failure to file a timely opposition may also be construed by the Court as a non-opposition...." under Local Rule 230(c). Accordingly, the court grants defendants' motion based on plaintiff's lack of response to the pending motion, which the court construes as a non-opposition to the granting of that motion. *See Way v. JPMorgan Chase Bank, N.A.*, No. 2:16-cv-02244-TLN-KJN, 2019 WL 1405599, *1 (E.D. Cal. Mar. 28, 2019) (granting unopposed motions to dismiss where plaintiff filed statement of non-opposition). No claims against any defendants survive, and the complaint is dismissed in its entirety. By virtue of the fact that plaintiff failed to oppose the motion to dismiss, plaintiff has likewise failed to advance any basis upon which this court could conclude the complaint could be cured by amendment. The court will therefore dismiss the action with prejudice. *See Kristensen v. Expansion Capital Grp., LLC*, No. CV 16-982-JW, *1 (C.D. Cal. July 19, 2016) (granting unopposed motion to dismiss with prejudice and without leave to amend based on analogous local rule).

## CONCLUSION

For the reasons set forth above:

(1) Defendants' unopposed motion to dismiss (Doc. No. 8) is GRANTED and plaintiff's complaint is DISMISSED WITH PREJUDICE and WITHOUT LEAVE TO AMEND; and

(2) The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 3, 2020**

_____
UNITED STATES DISTRICT JUDGE

2