UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFFI H. KAJBEROUNI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEAR VALLEY COMMUNITY SERVICES DISTRICT,<br><br>　　　　Defendant. | Case No. 1:19-cv-01703-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING NON-EXPERT DISCOVERY DEADLINE<br><br>(Doc. 82) |

  On December 6, 2019, Plaintiff Raffi Kajberouni initiated this action with the filing of a complaint against Bear Valley Community Services District and a since-terminated defendant. (Docs. 1, 66). On January 12, 2023, the Court issued a scheduling order setting case management dates. (Doc. 71).

  Pending before the Court is the parties' first stipulated request to amend the non-expert discovery deadline. (Doc. 82). The parties represent that an extension is warranted given that recently substituted counsel for Defendant was not involved in or privy to prior counsel's scheduling of depositions. The parties represent they anticipate depositions to proceed "if the Parties are unable to resolve this case by the end of September 2023." (*Id.* at ¶ 11).

  Delaying discovery activities to accommodate settlement discussions – to the extent of ultimately prompting the parties to seek modification of case management dates on the eve of

closing nonexpert discovery – does not constitute good cause for an extension. However, given that the parties provided early notice to the Court of their anticipated need to seek such an extension in the event counsel was substituted (*see* Doc. 76), and given substituted counsel's dates of conflict in October (Doc. 82 at ¶ 12) and the parties' representation that the requested extension will not impact other case management dates (*Id.* at ¶ 9), the Court finds good cause to grant the requested extension.

Accordingly, it is HEREBY ORDERED:

1. The non-expert discovery deadline is extended from September 11, 2023, to **November 29, 2023**; and

2. All other case management dates (Doc. 71) remain unchanged.

IT IS SO ORDERED.

Dated:     **September 11, 2023**              _____
                                               UNITED STATES MAGISTRATE JUDGE